# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHARITY VANDERSLICE**                                                **PLAINTIFF**

**V.**                     **CASE NO. 4:16-CV-00012 BD**

**CAROLYN W. COLVIN, Acting Commissioner**
**Social Security Administration**                                       **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 9th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE